**IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GM CASTING HOUSE INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 1:24-cv-1821 |
| ) | |
| v. ) | |
| ) | |
| FOREVER COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT AND
NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff GM Casting House, Inc. ("GM") states that it has no parent company, and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 3.2 of the Local Rules of the United States District Court Northern District of Illinois, GM identifies Jason Borgstahl and Troy Agler as affiliates.

DATED:   March 4, 2024                   Tucker Ellis LLP


By:    */s/Nathan T. Newman*
_____
Nathan T. Newman
Howard A. Kroll
233 South Wacker Drive
Suite 6950
Chicago, IL 60606-6395
Telephone:   312.624.6303
Facsimile:    312.624.6309
nathan.newman@tuckerellis.com
howard.kroll@tuckerellis.com

Attorneys for Plaintiff
GM CASTING HOUSE INC.,

1