**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GM CASTING HOUSE INC.<br><br>    Plaintiff,<br><br>v.<br><br>FOREVER COMPANIES, INC.<br><br>    Defendant. | Case No. 1:24-cv-1821 |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant, Forever Companies, Inc., by and through its counsel, Goldberg Segalla LLP and in accordance with Federal Rule of Civil Procedure 7.1, hereby represents:

Forever Companies, Inc. is a Wyoming corporation, with its principal place of business in Franklin, Wisconsin. Forever Companies, Inc. has no parent corporation. No publically held corporation owns more than 10% of the stock of Forever Companies, Inc.

Dated: April 9, 2024

                                                Respectfully submitted,

                                                GOLDBERG SEGALLA LLP

                                                /s/ James M. Rozak
                                                *Attorneys for Defendant*
                                                James M. Rozak
                                                Goldberg Segalla, LLP
                                                222 West Adams Street, Suite 2250
                                                Chicago, IL 60606
                                                Tel: (312) 572-8407
                                                Fax: (312) 572-8401
                                                jrozak@goldbergsegalla.com
                                                ARDC #6205847

## CERTIFICATE OF SERVICE

The undersigned states that a copy of the foregoing **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** was filed with the United States District Court for the Northern District of Illinois using the CM/ECF system on April 9, 2024, which will send notification of such filings to all parties of record.

By: _/s/ James M. Rozak_
One of the Attorneys for Defendant