# Exhibit 1

👍 7:59 PM ✓✓

**December 7, 2023**

Good morning Sayed bhai  6:39 AM

> **You**
> hi Did you change the side stone shapes

Really sorry for this goof up.
Team checked all 84 skus and there
is problem with only 3 stones SkUS
6:41 AM

Total 4  6:41 AM

Round version is correct  6:41 AM

CADs are rectified and revised
renderings are in process.  6:42 AM

I will share the revised one with Aarsh
and Kinjal in next 2 hours max
6:42 AM

ok great thanks  10:58 AM ✓✓

**December 12, 2023**

Hi Leena I got your emails with PD.

Message