# Exhibit 2

Tuesday, March 19th ˅

**Tanya Schwartz**  12:53 PM
Did we change the style for the Nouveau Ring? Client wants the old style in Rose gold.

2 files ˅



1 reply  2 months ago

**Sayed Haider**  1:12 PM
We will not be able to use the old designs unfortunately (edited)

👍 1