IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLIINOIS
EASTERN DIVISION

| | |
|---|---|
| GM CASTING HOUSE INC. | ) Case No. 1:24-cv-01821 |
| Plaintiff, | ) |
| v. | ) STATUS REPORT |
| FOREVER COMPANIES, INC. | ) |
| Defendant. | ) |

Pursuant to this Court's August 22, 2024, Minute Order (ECF No. 22), Plaintiff GM Casting House Inc. ("GM") submits the following status report "setting forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention." GM is filing this status report unilaterally because, after GM emailed its proposed joint status report to counsel for Defendant Forever Companies, Inc. dba Diamond Nexus ("Diamond Nexus"), counsel for Diamond Nexus neither concurred in the filing of this document nor granted permission to use any electronic signature.

**1.    Completed Discovery**

GM and Diamond Nexus exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on June 14, 2024.

GM served its first sets of interrogatories and requests for production on Diamond Nexus on July 12, 2024. Diamond Nexus served its first sets of interrogatories and requests for production on GM on July 15, 2024. In light of ongoing settlement discussions, the parties mutually agreed to extend their respective deadlines to respond to the discovery requests. Diamond Nexus' responses were due October 23, 2024, and GM's responses are due October 25, 2024.

**2.    Remaining Discovery**

GM anticipates serving additional interrogatories and requests for production on Diamond Nexus and to take deposition(s) of Diamond Nexus once GM receives Diamond Nexus' responses to the first sets of written discovery. GM also intends to serve requests for admission on

Diamond Nexus in the next several months. GM also anticipates third party discovery will be prepared and served. Additionally, GM anticipates expert discovery will be necessary.

3. **Discovery Disputes**

As noted above, Diamond Nexus's responses to discovery were due on October 23, 2024. However, GM did not receive written objections or responses from Diamond Nexus by this deadline. On October 24, 2024, counsel for GM requested to meet and confer with counsel for Diamond Nexus pursuant to Local Rule 37.2 to discuss Diamond Nexus' failure to respond to discovery. Counsel for Diamond Nexus, Daniel R. Woods, responded: "[m]y firm and I are withdrawing from the case, and will not be in position to prepare responses to Plaintiff's discovery."

Counsel for GM asked whether co-counsel for Diamond Nexus, Edmund J. Ferdinand III, will continue to represent Diamond Nexus and whether he would agree to meet and confer regarding his client's failure to respond to discovery. Mr. Ferdinand responded only with: "I will plan to withdraw as well."

It is not clear whether Diamond Nexus is interested in resolving this discovery dispute. Moreover, in light of these developments, GM has serious concerns about Diamond Nexus' intent to participate in this litigation in good faith going forward.

4. **Consent and Settlement Discussions**

At the parties' request, a settlement conference was held before the Honorable Young B. Kim on October 8, 2024. The parties were unable to resolve the case.

DATED: October 24, 2024      Tucker Ellis LLP

By: /s/Howard A. Kroll
_____
Howard A. Kroll
Nathan T. Newman
Attorneys for Plaintiff
GM Casting House Inc.