# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

GM Casting House, Inc.

                                            Plaintiff,

v.                                                             Case No.: 1:24−cv−01821
                                                                  Honorable Jeffrey I Cummings

Forever Companies, Inc.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 26, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the plaintiff's status report [41], which indicates that defendant has still not responded to plaintiff's discovery requests. According to plaintiff, remaining defense counsel stated that he would "plan to withdraw" as of October 24, 2024, and further reported more recently that defendant is "moving toward liquidation." To date, however, no motion to withdraw has been filed, and defendant's responses to discovery requests were due on 10/23/24. Accordingly, plaintiff's motion to compel [38] is granted and defendant is ordered to respond to plaintiff's outstanding discovery requests by 1/17/25. The previously set 1/25/25 fact discovery deadline is stricken. The parties shall file a joint status report on discovery by 1/28/25 and shall include an amended proposed fact discovery deadline. The previously set 12/23/24 tracking status hearing is stricken and re−set to 2/10/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.