# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

GM Casting House, Inc.

                    Plaintiff,

v.                                        Case No.: 1:24–cv–01821

                                        Honorable Jeffrey I Cummings

Forever Companies, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court is in receipt of defense counsel's motion to withdraw [45]. Telephonic motion hearing set for 3/10/25 at 10:30 a.m. Defendant Forever Companies, Inc. is directed to appear at the hearing through newly retained counsel or a representative of the company. Defendant is advised, however, that because it is an entity and not a person, it is unable to litigate pro se and must retain new counsel should current defense counsel';s motion to withdraw be granted. See In re IFC Credit Corp., 663 F.3d 315, 318 (7th Cir. 2011); United States v. Hagerman, 545 F.3d 579, 581–82 (7th Cir. 2008). Failure by a corporate entity to participate in the litigation may lead to appropriate relief, including but not limited to a default judgment against it. The previously set 2/10/25 tracking status hearing is stricken. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.