## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

GM Casting House, Inc.

                  Plaintiff,

v.                                    Case No.: 1:24–cv–01821

                                    Honorable Jeffrey I Cummings

Forever Companies, Inc.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Telephonic motion hearing held on 3/10/25. Attorney Kenneth Matuszewski's motion to withdraw [47] and attorney Edmund J. Ferdinand's motion to withdraw [45] are granted and attorneys Matuszewski and Ferdinand are terminated as counsel for defendant. Corporate representative Lindsay Saletta appears on behalf of defendant and is reminded that because it is an entity and not a person, it is unable to litigate pro se and must retain new counsel. See In re IFC Credit Corp., 663 F.3d 315, 318 (7th Cir. 2011); United States v. Hagerman, 545 F.3d 579, 581–82 (7th Cir. 2008). Telephonic rule to show cause hearing set for 3/24/25 at 10:30 a.m. at which defendant shall appear through newly retained counsel to show cause why the Court should not enter default judgment against it for failure to abide by this Court's order 12/26/24 order [42] to provide certain discovery in this case. Plaintiff's counsel shall provide a copy of this Court's order and the Court's 12/26/24 order to defendant's corporate representative Lindsay Saletta via U.S. mail and e–mail (to be provided by Mr. Ferdinand) and shall file a certificate of service with the Court. The call–in number for the hearing is (855) 244–8681 and the access code is 2311 121 8062. Members of the public and media will be able to call in to listen to the motion hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.