**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLIINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GM CASTING HOUSE INC. | ) Case No. 1:24-cv-01821 |
| Plaintiff, | ) |
| | ) |
| | ) CERTIFICATE OF SERVICE |
| v. | ) |
| | ) |
| FOREVER COMPANIES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

The undersigned certifies that on March 10, 2025, copies of the Court's December 26, 2024, Order (ECF No. 42) and the Court's March 10, 2025, Order (ECF No. 49) were served on Defendant Forever Companies, Inc.'s corporate representative, Lindsay Saletta, by email to the email address provided by its former counsel and by U.S. mail to 5050 West Ashland Way, Franklin, WI 53132.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 12, 2025, in Los Angeles, California.

By:  /s/Helena M. Guye
Helena M. Guye
*Counsel for Plaintiff GM Casting*
*House Inc.*

1