**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

GM Casting House, Inc.

Plaintiff,

v.                                          Case No.: 1:24−cv−01821
                                            Honorable Jeffrey I Cummings

Forever Companies, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2025:

     MINUTE entry before the Honorable Jeffrey I Cummings: Telephonic rule to show cause hearing held on 3/24/25. Corporate representative Lindsay Saletta appeared and advised the Court that defendant Forever Companies, Inc. has not retained counsel. As a result, defendant has not complied with this Court's 12/26/24 order to provide discovery responses and the Court thus enters an order of default and default judgment (in an amount to be determined by the Court in due course) against defendant. By 4/4/25, plaintiff shall file an affidavit setting forth plaintiff's damages and shall submit a proposed judgment order to the Court's proposed order inbox (proposed_order_cummings@ilnd.uscourts.gov). By 4/18/25, defendant shall retain counsel and file any objections to the proposed relief sought by plaintiff. If no appearance has been filed by that date, the Court will enter judgment in favor of plaintiff and against defendant in an appropriate amount. Plaintiff shall serve a copy of this order and its forthcoming affidavit in support of damages upon defendant and shall file a certificate of service with the Court. Status hearing set for 4/28/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.