# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLIINOIS
# EASTERN DIVISION

| | |
|---|---|
| GM CASTING HOUSE INC. | ) Case No. 1:24-cv-01821 |
| Plaintiff, | ) |
| v. | ) PROOF OF SERVICE |
| FOREVER COMPANIES, INC. | ) |
| Defendant. | ) |

The undersigned certifies as follows: I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty Second Floor Los Angeles, CA 90071.

On April 4, 2025, I served the **DECLARATION OF ROBERT MIXELL SETTING FORTH PLAINTIFF'S DAMAGES** and the **DECLARATION OF HOWARD A. KROLL SETTING FORTH PLAINTIFF'S ATTORNEYS' FEES** and this **PROOF OF SERVICE** on the interested party(ies) in this action as follows:

Lindsay Saletta
Forever Companies, Inc.
5050 West Ashland Way, Franklin, WI 53132
lindsey@forevercompanies.com

(X) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

(X) **BY E-MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X) **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2025, at Los Angeles, California.

_____
Helena Guye