**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

GM Casting House, Inc.,

Plaintiff(s),

v.

Forever Companies, Inc.,

Defendant(s).

Case No. 24 cv 1821
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) GM Casting House, Inc.
and against defendant(s) Forever Companies,
Inc. in the amount of $721,229.60 ,

which ☐ includes $ pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for default judgment.

Date: 7/23/2025                    Thomas G. Bruton, Clerk of Court

                                    C. Chambers , Deputy Clerk