# Exhibit 1

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GM CASTING HOUSE, INC.,

    Plaintiff,

v.

                                              CASE NO. 1:24 cv-1821

FOREVER COMPANIES, INC.,

    Defendant.

## DECLARATION OF HOWARD A. KROLL

I, Howard A. Kroll, declare as follows:

1.      I am an attorney at the law firm of Tucker Ellis LLP and am one of the counsel of record for Plaintiff GM Casting House, Inc. ("GM") in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2.      On or around July 23, 2024, counsel for Forever Companies, Inc. d/b/a Diamond Nexus ("FCI")), FCI informed me that FCI anticipated filing for bankruptcy in the near future due to its poor financial condition.

3.      Over the following months, the parties agreed to multiple extensions of time to respond to previously served discovery requests, including for the purpose of participating in a settlement conference before Magistrate Judge Young B. Kim.

4.      FCI ultimately failed to serve written objections or responses by the parties' agreed-upon deadline of October 23, 2024.

5. On November 8, 2024, I contacted counsel for FCI (including attorneys from Goldberg Segalla LLP and Meister Seelig & Fein PLLC) regarding the timing of their anticipated motions to withdrawal as counsel and to request a meet and confer pursuant to the Court's October 28, 2025, minute order.

6. In response to my inquiry, Daniel Woods of Goldberg Segalla LLP stated that his firm intended to file a motion to withdraw in the coming days and that he would "not be in a position to assist." However, Edmund J. Ferdinand, III of Meister Seelig & Fein PLLC responded stating, "We have not withdrawn yet but plan to depending on what happens with the client's business. Whether the client will remain a going concern beyond the next few weeks still remains in doubt."

7. On December 6, 2024, I contacted Mr. Ferdinand again to request a meet and confer pursuant to the Court's November 21, 2024, minute order. Mr. Ferdinand responded that FCI "has confirmed that they are in fact moving toward liquidation and will have official documentation to share from their bank within the next two weeks." He also stated there was "no need" to meet and confer. No such documentation was ever produced.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 19, 2026 in Los Angeles, California.

 /s/ Howard A. Kroll