# Exhibit 2

Wisconsin.Gov



State of Wisconsin

# Department of Financial Institutions

Search for:

forever companies

**Search Records**

Search
Advanced Search
Name Availability

---

**Corporate Records**

Result of lookup for **L078309** (at 2/14/2026 4:00 PM )

# FOREVER COMPANIES, INC.

---

**You can:** File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

---

**Vital Statistics**

| | |
|---|---|
| **Entity ID** | L078309 |
| **Registered Effective Date** | 06/13/2023 |
| **Period of Existence** | PER |
| **Status** | Incorporated/Qualified/Registered   Request a Certificate of Status |
| **Status Date** | 06/13/2023 |
| **Entity Type** | Foreign Business Corporation |
| **Annual Report Requirements** | Foreign Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |
| **Foreign Organization Date** | 12/05/2005 |
| **Paid Capital Represented** | $381,000 |
| **Foreign State** | WY |

---

**Addresses**

| | |
|---|---|
| **Registered Agent Office** | CORPORATE AGENTS, LLC<br>5050 W ASHLAND WAY<br>FRANKLIN , WI 53132<br><br>File a Registered Agent/Office Update Form |
| **Principal Office** | 5050 W ASHLAND WAY<br>FRANKLIN , WI 53132<br>UNITED STATES OF AMERICA |

---

**Historical Information**

**Annual Reports**

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|

| 2025 | 000 | 0000 | online | database |
|------|-----|------|--------|----------|
| 2024 | 000 | 0000 | online | database |

File an Annual Report - Order a Document Copy

**Certificates of Newly-elected Officers/Directors**    None

**Old Names**

| Change Date | Name |
|-------------|------|
| Current | FOREVER COMPANIES, INC. |
| 01/29/2024 | LAUTREC CORPORATION |

**Chronology**

| Effective Date | Transaction | Processed Date | Description |
|----------------|-------------|----------------|-------------|
| 06/13/2023 | Incorporated/Qualified/Registered | 06/14/2023 | |
| 08/29/2023 | Change of Registered Agent | 08/29/2023 | FM13-E-Form |
| 01/29/2024 | Amendment | 01/30/2024 | Old Name = LAUTREC CORPORATION |
| 06/24/2024 | Change of Registered Agent | 06/24/2024 | FM13-E-Form |
| 03/31/2025 | Change of Registered Agent | 03/31/2025 | Form 18 |

Order a Document Copy