# Exhibit 3



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

WY Secretary of State
FILED: 05/05/2025 02:26 PM
Original ID: 2005-000503698
Amendment ID: 2025-005775089

# Profit Corporation
## Articles of Dissolution by Shareholders

1. Corporation name:

Forever Companies, Inc.

2. Date dissolution was authorized: *(04/21/2025*

*(Date – mm/dd/yyyy)*

3. **Approval of the dissolution.** *(Check the box to indicate that the dissolution was approved by the shareholders.)*

[✓] The proposal to dissolve was duly approved by the shareholders in the manner required by this act and by the articles of incorporation.

**Signature:** _____     **Date:** *04/21/2025*
*(May be executed by Chairman of the Board, President or another of its officers.)*

Print Name: Parag Vora     Contact Person: Joseph D. Brydges

Title: Sole Officer and Director     Daytime Phone Number: 608.283.2262

Email: jdbrydges@michaelbest.com

*(An email address is required. Email(s) provided with receive important reminders, notices and filing evidence.)*

Received
APR 2 8 2025
Secretary of State
Wyoming

Checklist
- [✓] ***Filing Fee: $60.00*** Make check or money order payable to Wyoming Secretary of State.
- [✓] **Processing time is up to 15 business days** following the date of receipt in our office.
- [✓] The business entity is **active and in good standing with this office.**
- [✓] Please mail with payment to the address at the top of this form. **This form cannot be accepted via email.**
- [✓] Please review the form prior to submission. **The Secretary of State's Office is unable to process incomplete forms.**

P-ArticlesDissolutionShareholders - Revised June 2021

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF DISSOLUTION

**FOREVER COMPANIES, INC.**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **5th** day of **May, 2025**



Filed Date: 05/05/2025

Secretary of State

By: _____ Dani Cronk