# Exhibit 4

Wisconsin.Gov



State of Wisconsin

# Department of Financial Institutions

Search for:

diamond nexus      **Search Records**

Search
Advanced Search
Name Availability

---

**Corporate Records**                    Result of lookup for **D081291** (at 2/14/2026 4:05 PM )

# DIAMOND NEXUS LLC

---

**You can:** File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

---

**Vital Statistics**

| | |
|---|---|
| **Entity ID** | D081291 |
| **Registered Effective Date** | 01/08/2025 |
| **Period of Existence** | PER |
| **Status** | Registered   Request a Certificate of Status |
| **Status Date** | 01/08/2025 |
| **Entity Type** | Foreign LLC |
| **Annual Report Requirements** | Foreign Limited Liability Companies are required to file an Annual Report under s. 183.0212, WI Statutes. |
| **Foreign Organization Date** | |
| **Paid Capital Represented** | |
| **Foreign State** | DE |

---

**Addresses**

| | |
|---|---|
| **Registered Agent Office** | NATIONAL REGISTERED AGENTS INC.<br>301 SOUTH BEDFORD STREET<br>SUITE 1<br>MADISON , WI 53703<br><br>File a Registered Agent/Office Update Form |
| **Principal Office** | 3535 ROSWELL ROAD SUITE 52<br>MARIETTA , GA 30062<br>UNITED STATES OF AMERICA |

---

**Historical Information**

| | |
|---|---|
| **Annual Reports** | None |

**Certificates of Newly-elected Officers/Directors**  None

**Old Names**  None

**Chronology**

| Effective Date | Transaction | Processed Date | Description |
|----------------|-------------|----------------|-------------|
| 01/08/2025 | Registered | 01/08/2025 | OnlineForm 521 |

Order a Document Copy