# Exhibit 7



*OUR STORY*

Founded in 2005 and based in Wisconsin, Diamond Nexus has been a trusted resource for quality bridal and fashion jewelry for just about 20 years.