# Exhibit 8



Show all →

## Experience



**President**
Diamond Nexus · Full-time
Apr 2025 - Present · 11 mos



**Forever Companies**
16 yrs 10 mos

- **Senior Director of Operations**
  Full-time
  Mar 2023 - Jun 2025 · 2 yrs 4 mos
  On-site

- **Director Of Operations**
  Full-time
  Dec 2020 - Mar 2023 · 2 yrs 4 mos

- **Operations Manager**
  Mar 2018 - Dec 2020 · 2 yrs 10 mos

- **Director of Product Development**
  Jun 2015 - Dec 2020 · 5 yrs 7 mos
  Milwaukee, Wisconsin

- **Director of Sales**
  Sep 2008 - Jun 2015 · 6 yrs 10 mos



**Manager**
Whitehall Jewellers
2006 - 2008 · 2 yrs

## Education



**Indiana State University**
Business/Commerce, General

## Skills

**Social Media**

👥 2 endorsements

**Coaching**



👥 3 endorsements

Show all →

## Recommendations

**Received**   Given (2)

**Nothing to see for now**
Recommendations that Brianne receives will appear here.

## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools

**Richard Branson** 🔗 · 3rd+
Founder at Virgin Group
18,651,616 followers

**+ Follow**

**Mark Cuban** 🔗 · 3rd
President
8,309,475 followers

**+ Follow**

Show all →

About                Accessibility        Talent Solutions              ❓ Questions?
                                                                           Visit our Help Center.
Community Guidelines Careers              Marketing Solutions
                                                                        ⚙ Manage your account and privacy
Privacy & Terms ▼    Ad Choices           Advertising                      Go to your Settings.

Sales Solutions      Mobile               Small Business               🛡 Recommendation transparency
                                                                           Learn more about Recommended Conte
Safety Center

LinkedIn Corporation © 2026

eVLOIG1OVN67MCCNA%3D%3D&isJobSearch=false