# Exhibit 9

 **DIAMOND NEXUS**

Search

Home / Blog / Happy Holidays: a Letter from Our CEO.



July 29, 2024

# Happy Holidays: a Letter from Our CEO.

December 19th, 2018 / Andria Rivers

Hi. Need any help?



**Get $100 Off**



# Warm holiday greetings!

This time of year is very special to me, as I suspect it is to you, too. Like no other moment in time, we all feel, together, the overwhelmingly positive energy that comes from thankfulness, generosity and love.

For us, every time one of our beautiful boxes leaves our North Pole headquarters (well, we're close… Wisconsin) we honor the implications: Someone is likely saying, through our fine jewelry, that they love someone else. They love their mothers, their sisters, their husbands, wives and future partners for life. They love the Earth, and have made a conscious choice to do no harm to the environment, to support questionable business practices, or to look away from the exploitation of the people as they mine or dredge the Earth.

When you think about it, you can't help but smile about the significance of all that when you work here. A warm feeling fills us all with a purpose that transcends "a job." The holidays are busy and nerve-racking here. Long hours, tired ...ut it's a labor of love. Our designers, artisans, engineers, master

Get $100 Off

goldsmiths, digital folks, and the many different skillsets in customer service and organizational infrastructure put their hearts, souls and backs into getting the thousands upon thousands of gifts to destinations all around the world in time for giving.

I deeply thank everyone affiliated with Forever Companies for their effort. I thank our customers for their purchases, their referrals, and their ongoing commitment to our "movement." Forever Companies is committed to make fine jewelry accessible to more people, without negative environmental impact. Every diamond and gemstone we sell isn't torn from the earth. Every ring we make is from recycled gold and precious metal.

In the scope of the entire international jewelry industry, those two pledges may be humble differences, but they are not insignificant. We will continue to commit to providing every customer with the highest value for their purchase, with a piece of fine jewelry that matters as they pass it from generation to generation. And we will commit to providing every employee with a prosperous career that transcends "job."

I wish you all the joy, love and sparkle of your dreams. May your time with family and friends be merry and bright.

To Love,

Gary LaCourt, Founder and CEO, Forever Companies

Sign Up For Special Offers:

Email Address

By clicking "Sign Up" you agree to our Terms of Service

SIGN UP

Get $100 Off

CONTACT US

7198 South Millers Way,
Suite 205, Oak Creek, WI 53154
1-424-279-7966
customercare@diamondnexus.com
Hours: Weekdays | 9AM - 6PM CST

LEARN

SERVICE & VALUE

2025 Diamond Nexus LLC.
All Rights Reserved.

**Get $100 Off**