**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GM Casting House, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-1821 |
| | ) | |
| v. | ) | |
| | ) | Honorable Jeffrey I. Cummings |
| | ) | |
| Forever Companies, Inc.., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on February 19, 2026 we e-filed with the Clerk of the Court

for the U.S. District Court for the Northern District of Illinois, Eastern Division, the following

documents, file-stamped copies of which are enclosed:

1. Plaintiff's Motion For Turnover Order with Exhibits 1-4 (ECF 62, Filed 2/19/2026)

2. Plaintiff's Report on the Filing or Determination of an Action Regarding a Patent or

   Trademark (ECF 63, Filed 2/19/2026)

3. Plaintiff's Rule 25(c) Motion to Join Diamond Nexus, LLC as Judgment Debtor with

   Exhibits 1-9 (ECF 64, Filed 2/19/2026)

Dated: February 25, 2026

Respectfully submitted,

**GM Casting House, Inc.**

*/s/ Daniel C. Curth*
One of Its Attorneys
Daniel C. Curth
TUCKER ELLIS LLP
233 South Wacker Drive, Suite 6950
Chicago, IL 60606
Phone: (312) 624-6300
Fax: (312) 624-6309
daniel.curth@tuckerellis.com

## CERTIFICATE OF SERVICE

I certify that on February 25, 2026, file stamped copies of the foregoing documents were sent to the addresses listed below via Certified U.S. Mail, Return Receipt Requested:

Forever Companies, Inc.
c/o Gary La Court, Director
5050 W. Ashland Way
Franklin, WI 53132
**USPS Tracking: 9589071052701750910417**

Forever Companies, Inc.
c/o Corporate Agents, LLC (Registered Agent)
1712 Pioneer Ave. Suite 100
Cheyenne, WY 82001
**USPS Tracking: 9589071052701750910424**

Forever Companies, Inc.
5050 W. Ashland Way
Franklin, WI 53132
**USPS Tracking: 9589071052701750904089**

Diamond Nexus LLC
3535 Roswell Road, Suite 52
Marietta, GA  30062
**USPS Tracking: 9589071052701750904096**

Diamond Nexus LLC
c/o CT Corporation System
187 Wolf Road Suite 101
Albany, NY  12205
**USPS Tracking : 9589071052701750904102**

Diamond Nexus LLC
5050 W Ashland Way
Franklin, WI  53132
**USPS Tracking: 9589071052701750904119**

Diamond Nexus LLC
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE  19801
**USPS Tracking: 9589071052701750904126**

Diamond Nexus LLC
National Registered Agents Inc.
301 South Bedford Street, Suite 1SOUTH BEDFORD STREET SUITE 1
Madison,, WI 53703
**USPS Tracking: 9589071052701750904133**

Diamond Nexus LLC
Forever Companies, Inc.
c/o Adam L. Brookman
Boyle Fredrickson, S.C.
840 N. Plankinton Ave.
Milwaukee, WI 53203
**USPS Tracking: 9589071052701750904140**

*/s/ Cynthia Prado*