# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

GM Casting House, Inc.

                          Plaintiff,

v.                                                  Case No.: 1:24–cv–01821
                                                    Honorable Jeffrey I Cummings

Forever Companies, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 13, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court is in receipt of plaintiff's motion for turnover order [62] and motion to join Diamond Nexus, LLC as judgment debtor [64]. Any opposition to those motions shall be filed by 5/1/26. No replies unless requested by the Court. Plaintiff shall serve a copy of this order on the parties identified in their notice of filing [65] via U.S. First Class Mail, certified mail, and e–mail (if known) and shall file a certificate of mailing (and the signed certified mail receipt, if received) with the Court. The Court will review the submissions and will either issue a ruling by mail or set a hearing if appropriate. Tracking status hearing set for 6/5/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.