**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GM Casting House, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-1821 |
| | ) | |
| v. | ) | |
| | ) | Honorable Jeffrey I. Cummings |
| | ) | |
| Forever Companies, Inc.., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF MAILING

PLEASE TAKE NOTICE that on April 15, 2026 we served a copy of the following

documents:

1. Docket Entry (ECF 66, Filed 4/13/2026)

Dated: April 15, 2026

Respectfully submitted,

**GM Casting House, Inc.**

*/s/ Daniel C. Curth*
One of Its Attorneys
Daniel C. Curth
TUCKER ELLIS LLP
233 South Wacker Drive, Suite 6950
Chicago, IL 60606
Phone: (312) 624-6300
Fax: (312) 624-6309
daniel.curth@tuckerellis.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 15, 2026, file stamped copies of the foregoing documents were sent to the addresses listed below via U.S. Regular Mail and Certified U.S. Mail, Return Receipt Requested:

Forever Companies, Inc.
c/o Gary La Court, Director
5050 W. Ashland Way
Franklin, WI 53132
**USPS Tracking: 9589 0710 5270 1750 9041 71**

Forever Companies, Inc.
c/o Corporate Agents, LLC (Registered Agent)
1712 Pioneer Ave. Suite 100
Cheyenne, WY 82001
**USPS Tracking: 9589 0710 5270 1750 9041 88**

Forever Companies, Inc.
5050 W. Ashland Way
Franklin, WI 53132
**USPS Tracking: 9589 0710 5270 1750 9041 95**

Diamond Nexus LLC
3535 Roswell Road, Suite 52
Marietta, GA  30062
**USPS Tracking: 9589 0710 5270 1750 9042 18**

Diamond Nexus LLC
c/o CT Corporation System
187 Wolf Road Suite 101
Albany, NY  12205
**USPS Tracking : 9589 0710 5270 1750 9042 01**

Diamond Nexus LLC
5050 W Ashland Way
Franklin, WI  53132
**USPS Tracking: 9589 0710 5270 1750 9042 25**

Diamond Nexus LLC
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE  19801
**USPS Tracking: 9589 0710 5270 1750 9042 32**

Diamond Nexus LLC
National Registered Agents Inc.
301 South Bedford Street, Suite 1SOUTH BEDFORD STREET SUITE 1
Madison,, WI 53703
**USPS Tracking: 9589 0710 5270 1750 9042 70**

Diamond Nexus LLC
Forever Companies, Inc.
c/o Adam L. Brookman
Boyle Fredrickson, S.C.
840 N. Plankinton Ave.
Milwaukee, WI 53203
**USPS Tracking: 9589 0710 5270 1750 9042 63**

Greenberg Traurig, LLP
Attn: Martin Kedziora
360 N. Green St. Suite 1300
Chicago, IL 60607
**USPS Tracking: 9589 0710 5270 1750 9042 56**
**Sent via Email:**
**kedzioram@gtlaw.com**

Greenberg Traurig, LLP
Attn: John D. Elrod
3333 Piedmont Road NE Suite 2500
Atlanta, GA 30305
**USPS Tracking:9589 0710 5270 1750 9042 49**
**Sent via Email:**
**ElrodJ@gtlaw.com**

*/s/ Cynthia Prado*

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

GM Casting House, Inc.

                        Plaintiff,

v.                                    Case No.: 1:24–cv–01821
                                    Honorable Jeffrey I Cummings

Forever Companies, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 13, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court is in receipt of plaintiff's motion for turnover order [62] and motion to join Diamond Nexus, LLC as judgment debtor [64]. Any opposition to those motions shall be filed by 5/1/26. No replies unless requested by the Court. Plaintiff shall serve a copy of this order on the parties identified in their notice of filing [65] via U.S. First Class Mail, certified mail, and e–mail (if known) and shall file a certificate of mailing (and the signed certified mail receipt, if received) with the Court. The Court will review the submissions and will either issue a ruling by mail or set a hearing if appropriate. Tracking status hearing set for 6/5/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.