**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

---

Case Title: GM Casting House, Inc.,
v. Forever Companies,
Inc.,

Case Number: 1:24 CV 1821

An appearance is hereby filed by the undersigned as attorney for:

Diamond Nexus, LLC

Attorney name (type or print): Martin S. Kedziora

Firm: Greenberg Traurig, LLP

Street address: 360 N. Green Street, Suite 1300

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6300162
(See item 3 in instructions)

Telephone Number: (312) 456-8400

Email Address: kedzioram@gtlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you a member of the court's general bar? | ✓ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✓ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 1, 2026

Attorney signature: S/ Martin S. Kedziora
(Use electronic signature if the appearance form is filed electronically.)