**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GM Casting House, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-1821 |
| | ) | |
| v. | ) | |
| | ) | Honorable Jeffrey I. Cummings |
| | ) | |
| Forever Companies, Inc.., | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF FILING

PLEASE TAKE NOTICE that on September 28, 2026 we e-filed with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois, Eastern Division, the following documents:

1. Plaintiff's Subpoena To Produce Documents, Information, or Objects or to Permit Inspection or Premises in a Civil Action with Rider issued to Byline Bank (ECF 77, Filed 9/28/2026, served via Certified Mail with RRR)
2. Plaintiff's Subpoena To Produce Documents, Information, or Objects or to Permit Inspection or Premises in a Civil Action with Rider issued to Diamond Nexus, LLC (ECF 78, Filed 9/28/2026, served via CM/ECF system and U.S. Regular Mail)

Dated: September 28, 2026

Respectfully submitted,

**GM Casting House, Inc.**

*/s/ Daniel C. Curth*____________
One of Its Attorneys

Daniel C. Curth
TUCKER ELLIS LLP
233 South Wacker Drive, Suite 6950
Chicago, IL 60606
Phone: (312) 624-6300
Fax: (312) 624-6309
daniel.curth@tuckerellis.com

## CERTIFICATE OF SERVICE

I certify that on September 28, 2026, file stamped copies of the foregoing documents were sent to the addresses listed below:

Byline Bank Corporate Headquarters
Attn: Legal Process
180 N. LaSalle St. Suite 300
Chicago, IL 60602

Diamond Nexus LLC
c/o Greenberg Traurig, LLP
Attn: Martin Kedziora
360 N. Green St. Suite 1300
Chicago, IL 60607
Email: kedzioram@gtlaw.com