**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GM CASTING HOUSE, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 1:24 cv-1821 |
| | ) | |
| FOREVER COMPANIES, INC., | ) | The Hon. Jeffry I. Cummings |
| | ) | Magistrate Judge Young B. Kim |
| Defendant | ) | |

# PLAINTIFF'S MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Plaintiff GM Casting House, Inc. ("Plaintiff"), respectfully moves the Court to enter the proposed Confidentiality Order attached hereto as Exhibit 1. In support of its Motion, Plaintiff states as follows:

1. The proposed Confidentiality Order is necessary to facilitate discovery and protect the parties' respective interests in the confidentiality of sensitive information that may be exchanged in discovery in this case.

2. In accordance with Judge Cummings posted Case Procedures regarding Protective Orders, the proposed Confidentiality Order is based on the Northern District of Illinois' Model Confidentiality Order, Form LR 26.2 ("Model Order"), with the following modifications: (a) a provision permitting disclosure of Confidential Information to mediators and settlement officers who have executed the Acknowledgment of Understanding and Agreement to Be Bound (¶ 5(b)(9)); (b) a new paragraph governing material produced by non-parties, including the procedure for producing a non-party's confidential information that is subject to a confidentiality agreement (¶ 13); and (c) a corresponding provision making the Order binding on non-parties who designate

material under it (¶ 18). Plaintiff has also selected Alternative B for the designation of deposition testimony, as provided in the Model Order. These modifications are shown in the redline attached as Exhibit 2.

3. Plaintiff conferred with counsel for Diamond Nexus LLC ("DNLLC") regarding the provisions of the attached Confidentiality Order, but brings this motion unilaterally because DNLLC maintains that it is not a party to this case and therefore has declined to join in a motion for entry of the proposed Confidentiality Order. Entry of the proposed Confidentiality Order will nonetheless permit discovery to proceed, including discovery from DNLLC and any non-parties, while protecting confidential information.

4. Pursuant to the Magistrate Judge Kim's Standing Order, Plaintiff will e-mail a clean Microsoft Word version of Exhibit 1, together with a redlined version showing the changes to the Model Order, to "Proposed_Order_Kim@ilnd.uscourts.gov." The redlined version is also attached hereto as Exhibit 2.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter the proposed Confidentiality Order attached hereto as Exhibit 1.

Dated: November 16, 2026

**GM Casting House, Inc.**

*<u>/s/ Daniel C. Curth</u>*____________
One of Its Attorneys

Daniel C. Curth
TUCKER ELLIS LLP
233 South Wacker Drive, Suite 6950
Chicago, IL 60606
Phone: (312) 624-6300
Fax: (312) 624-6309
daniel.curth@tuckerellis.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 16, 2026, I caused a copy of the foregoing Plaintiff's Motion for Entry of Confidentiality Order to be served by e-mail upon counsel for Diamond Nexus LLC, Martin Kedziora (kedzioram@gtlaw.com), Grace Filer (Grace.Filer@gtlaw.com), and John Elrod (ElrodJ@gtlaw.com).

/s/ Cynthia Prado-Higginbotham